**William S. CHAPMAN, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

No. 2009–3158.

United States Court of Appeals, Federal Circuit.

July 24, 2009.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Booker McCLENTY, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2009–3119.

United States Court of Appeals, Federal Circuit.

July 24, 2009.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Patricia K. ZELENKA, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

No. 2009–3065.

United States Court of Appeals, Federal Circuit.

July 24, 2009.

## ORDER

The petitioner having failed to file an appendix required by Federal Circuit Rule

30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Ernest S. ROBERTS, Jr., Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2009–3207.

United States Court of Appeals, Federal Circuit.

July 24, 2009.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Ronald PARKS, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2009–3204.

United States Court of Appeals, Federal Circuit.

July 24, 2009.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Tony COLIDA, Plaintiff–Appellant,**

v.

**PANASONIC CORPORATION OF NORTH AMERICA and Matsushita Electronic Corporation of America, Defendants–Appellees.**

No. 2009–1255.

United States Court of Appeals, Federal Circuit.

Aug. 17, 2009.